# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| THOMAS COOK and EMANUEL BERMUDEZ, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>vs.<br><br>PALMER, REIFLER & ASSOCIATES, and WAL-MART STORES, INC.,<br>               Defendants. | Civil Action No.  3:16-cv-673-BJD-JRK<br><br>Judge:  Hon. Brian J. Davis<br><br>Magistrate Judge: Hon. James R. Klindt |

## UNOPPOSED JOINT MOTION TO RE-OPEN THE CASE

Pursuant to the Court's September 26, 2018 Order [ECF No. 166], Plaintiff, Emanuel Bermudez, and Defendant, Palmer Recovery Attorneys, (collectively the "Moving Parties") jointly move the Court to re-open the case in order to seek approval of the class action settlement agreement. Defendant Wal-Mart Stores, Inc. does not oppose the relief sought in this motion. The Court administratively closed this case and ordered the Parties to file a motion to re-open the case by November 26, 2018.

Since the parties notified the Court of the settlement of this case on September 25, 2018 [ECF No. 165], they have worked together to finalize details related to the terms of this class-wide settlement and expect to have a signed agreement shortly. As part of this process, Plaintiff is preparing a motion of preliminary approval, which will be filed with the Court once the parties finalize the aforementioned settlement documents. As such, good cause exists to re-open the case as the parties continue to work to finalize the documents memorializing the terms of the class action settlement reached at the September 20, 2018 mediation.

**WHEREFORE** the Moving Parties respectfully move the Court to re-open the case, and ask the Court to enter an Order providing two weeks from the date of the order re-opening this case for the parties to finalize the settlement agreement and for Plaintiff to file his motion for preliminary approval.

Certification of Conferral Notice

The undersigned Plaintiff's counsel hereby certifies that she conferred with counsel for Wal-Mart Stores, Inc., and said counsel does not oppose the relief sought herein.

DEFENDANT PALMER RECOVERY ATTORNEYS f/k/a PALMER, REIFLER & ASSOCIATES

By:  s/ Ernest H. Kohlmyer, III
Shepard, Smith, Kohlmyer & Hand, P.A.
    Ernest H. Kohlmyer, III
    MaryGrace Dyleski
    2300 Maitland Center Pkwy., Suite 100
    Maitland, Florida 32751
    Tel: 407-622-1772
    Fax: 407-622-1884
    Email: skohlmyer@shepardfirm.com

PLAINTIFF EMANUEL BERMUDEZ

By: _s/ Amy L. Wells_
Keogh Law, LTD
Keith Keogh (FBN 0126335)
Amy L. Wells, (*Pro Hac Vice*)
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Tel: 312-726-1092
Fax: 312-726-1093
Email: Keith@keoghlaw.com

William Peerce Howard (FBN 0103330)
Amanda J. Allen (FBN 098288)
THE CONSUMER PROTECTION FIRM
TheConsumerProtectionFirm.com
210 A-South MacDill Ave.
Tampa, Florida 33609
Telephone: (813) 500-1500
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com

58580    -3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018 a true and correct copy of the foregoing was electronically served on all counsel or parties of record via the Court's CM/ECF system.

By: _s/ Amy L. Wells_
Keogh Law, LTD
Keith Keogh (FBN 0126335)
Amy L. Wells, (*Pro Hac Vice*)
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Tel: 312-726-1092
Fax: 312-726-1093
Email: Keith@keoghlaw.com
