UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS COOK, individually and on
behalf of all others similarly situated and
EMANUEL BERMUDEZ, individually
and on behalf of all others similarly
situated,

    Plaintiffs,

v.      Case No. 3:16-cv-673-J-39JRK

WAL-MART STORES, INC and
PALMER, REIFLER & ASSOCIATES,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Unopposed Joint Motion to Re-Open the Case (Doc. 167; Motion). The parties request that the Court reopen the case for purposes of Plaintiff filing a motion for preliminary approval of a settlement agreement that the parties have been diligently preparing. See Motion at 1. In light of the forthcoming motion for approval of the settlement agreement, the case is due to be reopened.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Unopposed Joint Motion to Re-Open the Case (Doc. 167) is **GRANTED**.

2. The Clerk of the Court is directed to reopen the case.

3. On or before **December 12, 2018**, Plaintiff shall file a motion for preliminary approval of the settlement agreement, which shall be referred to the Honorable James R. Klindt, United States Magistrate Judge, for his consideration.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of November, 2018.

BRIAN J. DAVIS
United States District Judge

5
Copies furnished to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Unrepresented Parties