**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THOMAS COOK and EMANUEL
BERMUDEZ, individually and on
behalf of all others similarly situated,

                    Plaintiffs,

vs.                                            Case No.  3:16-cv-673-J-39JRK

PALMER, REIFLER & ASSOCIATES and
WAL-MART STORES, INC.,

                    Defendants.
_____/

## O R D E R

      1.      The Unopposed Motion for Seven Day Extension of Time to File Motion for

Preliminary Approval of Settlement Agreement (Doc. No. 169), filed December 12, 2018, is

**GRANTED**.

      2.      Plaintiff Emanuel Bermudez shall have up to and including **December 19, 2018**

to comply with the Order (Doc. No. 168), entered November 27, 2018.

      **DONE AND ORDERED** at Jacksonville, Florida on December 14, 2018.


*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

mdc
Copies to:
Counsel of Record