# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| THOMAS COOK and EMANUEL BERMUDEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>PALMER, REIFLER & ASSOCIATES, and WAL-MART STORES, INC.,<br>　　　　　　　Defendants. | Civil Action No.  3:16-cv-673-BJD-JRK<br><br>Judge:  Hon. Brian J. Davis<br><br>Magistrate Judge: Hon. James R. Klindt |

### NOTICE OF FILING CORRECTED APPENDIX 2 TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Dated: December 20, 2018　　　　　　　　　Respectfully submitted,

s/ *Keith J. Keogh*
Keith J. Keogh (FBN 126335)
Amy L. Wells, *pro hac vice*
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
312-726-1092
312-726-1093 (fax)
Keith@KeoghLaw.com
AWells@KeoghLaw.com

William Peerce Howard (FBN 0103330)
Amanda J. Allen (FBN 0098226)
The Consumer Protection Firm
210-A South MacDill Ave.
Tampa, Florida 33609
(813) 500-1500
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com

*Attorneys for Plaintiff and the Proposed Classes*

61011　　　　　　　　　　　　　　-1-

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

                                                           s/ *Keith J. Keogh*
                                                         Keith J. Keogh (FBN 126335)
                                                         KEOGH LAW, LTD