# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| THOMAS COOK and EMANUEL BERMUDEZ, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )  Case No.: 3:16-cv-673-BJD-JRK |
| v. | )  District Judge Brian J. Davis |
| PALMER, REIFLER & ASSOCIATES, and WAL-MART STORES, INC., | )  Magistrate Judge James R. Klindt<br>) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE AN EXPLANATION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, Emanuel Bermudez, by and through counsel, and pursuant to Local Rule 3.01(c), respectfully moves this Honorable Court for leave to file a very brief one-page explanation in addition to the Notice of Supplemental Authority in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement. (Doc. 173)

Plaintiff would like the opportunity to briefly explain why *Waddell Williams v. Bluestem Brands*, No. 8:17-CV-1971-T-27AAS, 2019 WL 1450090, (M.D. Fla. Apr. 2, 2019), which was just filed in this case as Exhibit 1 to Plaintiff's Notice of Supplemental Authority in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Doc. 173-1) could assist this Court's determination of his Motion. (Doc. 171).  Plaintiff believes the *Waddell* case is instructive and a short summarization, including a comparison of the $1,000,000 settlement for 280,000 class members in *Waddell* with the $3,500,000 settlement for 23,083 class members

currently pending before the court in the present case, will benefit the Court and serve the interests of justice by providing a comprehensive picture of recent case law.[1]

Local Rule 3.01(c) provides that "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave." Courts commonly grant leave to file where it will benefit the court's review of a pending motion. *See PK Studios, Inc.*, 2015 U.S. Dist. LEXIS 183740 at *2-3 (granting leave to file a reply brief because the reply would benefit its review of the pending motion); *Global Tech Led, LLC v. Hilumz Int'l Corp*, 2016 U.S. Dist. LEXIS 101888, *3 (M.D. Fla. 2016) ("the Court finds that a brief reply would benefit its review of Defendants' Motion"); *Allied Portables, LLC v. Youmans*, 2016 U.S. Dist. LEXIS 185761, *3 (M.D. Fla. 2016) ("the Court finds that brief replies would benefit its review of the pending underlying summary judgment motions.") Here, providing Plaintiff an opportunity to address the recent case law related directly to issues raised in the Motion for Preliminary Approval of Class Action Settlement will serve this purpose.

**WHEREFORE**, Pursuant to Middle District of Florida Local Rule 3.01(c), Plaintiff respectfully moves this Court to grant him leave to file an explanation in support of his Notice of Supplemental Authority (Doc. 173) not to exceed one page in length (excluding caption, signature block and certificate of service), within three business days of the Court's Order granting leave.

### LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g) Counsel for Plaintiff certifies that he has conferred with Defendants' Counsel and that Defendant PRA consents to the relief sought herein, while Defendant Walmart "does not take a position".

---

[1] Plaintiff is cognizant of Local Rule 3.01(d) and has attempted to advise the Court of his position while not including the "proposed motion" or substantive arguments as prohibited by this Rule.

Dated: April 3, 2019

Respectfully submitted,

s/ *Amanda J. Allen*

| | |
|---|---|
| Keith J. Keogh (FBN 126335) | William Peerce Howard (FBN 0103330) |
| Amy L. Wells, *pro hac vice* | Amanda J. Allen (FBN 0098226) |
| KEOGH LAW, LTD | THE CONSUMER PROTECTION FIRM |
| 55 West Monroe Street, Suite 3390 | 4030 Henderson Blvd |
| Chicago, Illinois 60603 | Tampa, Florida 33629 |
| (312) 726-1092 | (813) 500-1500 |
| (312) 726-1093 (fax) | Billy@TheConsumerProtectionFirm.com |
| Keith@KeoghLaw.com | Amanda@TheConsumerProtectionFirm.com |
| Awells@KeoghLaw.com | |

## CERTIFICATE OF SERVICE

I certify that on April 3, 2019 the foregoing was served using the CM/ECF system on all the counsel of record.

s/ *Amanda J. Allen*
Amanda J. Allen (FBN 0098226)