**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THOMAS COOK and EMANUEL
BERMUDEZ, individually and on
behalf of all others similarly situated,

                    Plaintiffs,

vs.                                                  Case No.  3:16-cv-673-J-39JRK

PALMER, REIFLER & ASSOCIATES and
WAL-MART STORES, INC.,

                    Defendants.

_____/

**O R D E R**

    1.    The Motion for Leave to File an Explanation of Supplemental Authority in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Doc. No. 174), filed April 3, 2019, is **GRANTED**.

    2.    Plaintiff Emanuel Bermudez shall have up to and including **April 15, 2019** to file the one-page explanation contemplated in the Motion.

    **DONE AND ORDERED** at Jacksonville, Florida on April 10, 2019.

_____
**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Counsel of Record